UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 11295 DPW**

MAGISTRATE JUDGE _____

MATTER OF:
CHERRYANNE HINDS-WILLIAMS

PETITIONER'S MOTION FOR HABEAS CORPUS AND TO STAY DEPORTATION PROCEEDINGS PURSUANT TO 8 USC SECTION 2241

Now comes the petitioner, Cherryanne Hinds-Williams, a citizen of Barbados, and asks for a hearing, a stay of deportation and an ultimate dismissal of all INS proceedings based on the following:

(1) The petitioner is alleged to be deportable essentially for two reasons-(a) her ex-husband, a United States citizen, is alleging that their marriage was fraudulent and (b) she allegedly was not carrying a sufficient amount of course credits while she had a student visa, allegedly rendering that visa invalid;

(2) There is no evidence whatsoever to support that the petitioner's marriage to her ex-husband, Orville Williams, was not legitimate and there is absolutely nothing that corroborates that allegation;

(3) The petitioner, during the time she was married and during the time she was a student, was sponsored for an I-130 petition by her then-husband, Orville Williams. The petition was allowed, rendering it irrelevant, for immigration purposes, the amount of course credits the petitioner was carrying as a student;

(4) It was only after Mr. And Mrs. Williams were separated and Mr. Williams, apparently embittered by the separation, put forth a scurrilous and unsubstantiated charge that the marriage was fraudulent;

(5) Incredibly, the INS revoked the petitioner's already approved I-130 petition. Obviously, she could not go back into the past and adjust her courseload as a student in order to meet the standards of a student visa because, in a manner of speaking, the "toothpaste was already out of the tube";

(6) As such, the sole reason for the removal of the petitioner, an honest, law-abiding individual, from the United States is due to an ubstantiated allegation from an embittered ex-husband that the marriage was fraudulent.

(7) There is absolutely nothing on the record that precedes this Motion that, in any way, shape or form, corroborates the allegation that the marriage was fraudulent and we challenge the government to prove the allegation;

(8) As such, we are respectfully asking for a hearing before a United States District Court judge, a stay of deportation and ultimately a dismissal of all INS proceedings.

CHERRYANNE HINDS-WILLIAMS,
By her attorney,

John Himmelstein
P.O. Box 300
756 Washington Street

RECEIPT # 56517
AMOUNT $
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 6/14/04

Stoughton, MA 02072
(781)297-9400
BBO #547275

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CHERRYANNE HINDS-WILLIAMS

### DEFENDANTS
IMMIGRATION AND NATURALIZATION SERVICE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SUFFOLK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

04 11295

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
JOHN HIMMELSTEIN, ESQ.
756 WASHINGTON STREET
STOUGHTON, MA 02072

**ATTORNEYS (IF KNOWN)**
FRANK CROWLEY, ESQ.
UNITED STATES ATTORNEY'S OFFICE

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☒ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

(Checkboxes listed — none marked except:)
- ☒ 530 General (HABEAS CORPUS)
- ☒ 890 Other Statutory Actions — 8 U.S.C. § 2241

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

HABEAS CORPUS PETITION / APPEAL FROM I.N.S. RULING

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
JUDGE STRAUS
DOCKET NUMBER I.N.S. A.#75969950

DATE 6/14/04
SIGNATURE OF ATTORNEY OF RECORD /s/ John Himmelstein

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) **MATTER OF CHERRYANNE HINDS-WILLIAMS**

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   - I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [X] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [X] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   **MATTER OF CHERRYANNE HINDS-WILLIAMS**

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES   **NO**

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   **YES**   NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   **YES**   NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES   **NO**

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   **YES**   NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
   **EASTERN DIVISION**   CENTRAL DIVISION   WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
   EASTERN DIVISION   CENTRAL DIVISION   WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **JOHN HIMMELSTEIN**
ADDRESS **756 WASHINGTON STREET, STOUGHTON, MA 02072**
TELEPHONE NO. **(781) 297-9400**

(Cover sheet local.wpd - 11/27/00)