UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
CHERRYANNE HINDS-WILLIAMS,   )
Petitioner,                  ) CIVIL ACTION NO.
                             ) 04-11295-DPW
v.                           )
                             )
INS,                         )
Respondent.                  )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    For the reasons stated in the Memorandum and Order issued December 20, 2004, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/Michelle Rynne
Deputy Clerk

Dated: December 21, 2004